**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01968-REB-MEH

LARRY SCOTT HUNT,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal with Prejudice as Against American Family Mutual Insurance Company Only** [#26][1] filed March 10, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the plaintiff's claims against defendant, American Family Mutual Insurance Company, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice as Against American Family Mutual Insurance Company Only** is approved;

2. That plaintiff's claims against defendant, American Family Mutual Insurance Company, are dismissed with prejudice with the parties to pay their own attorney fees

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

and costs; and

    3.  That defendant, American Family Mutual Insurance Company, is dropped as a party to this action, and the caption shall be amended accordingly.

Dated March 10, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge